1912.) Action by Lottie Kent against Edward J. De Coppet. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 195.

---

KESHIN, BLITSTEIN & CO. v. BECKER-MAN CONST. CO. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of the mechanic's lien filed by Keshin, Blitstein & Co. against the Beckerman Construction Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs, on the ground that Levin is to be considered the assignee of the Beckerman Construction Company, and is entitled to a refund of the deposit, as the lien had expired by limitation of law. See, also, 133 N. Y. Supp. 1128.

---

In re KILLAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) In the matter of the estate of Mary Killan, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 143 App. Div. 956, 960, 129 N. Y. Supp. 1130.

---

KING, Respondent, v. HUDSON RIVER REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Albert V. King against the Hudson River Realty Company. C. D. W. Rogers, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 141 App. Div. 346, 126 N. Y. Supp. 536.

---

KINGSLEY, Respondent, v. McCASLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Herbert J. Kingsley against John McCaslin. No opinion. Judgment and order affirmed, with costs.

---

KINGSTON, Appellant, v. WALBRIDGE et al., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Frank H. Kingston, an infant, etc., against Charles E. Walbridge and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

KIRCHHOFF, Respondent, v. HIRSCH, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Laurenz Kirchhoff against Herman Hirsch. M. C. Heine, for appellant. L. Lowenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

KLEIN v. GALLIN et al. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Appeal from Special Term, Kings County. Action by John Klein, as trustee, against Samuel Gallin and others. From a judgment for plaintiff, defendants Louis Grossman and another appeal. Reversed, and new

135 N.Y.S.—71

---

trial granted. See, also, 146 App. Div. 891, 130 N. Y. Supp. 1117. Robert H. Elder, of Brooklyn (Isaac Miller, on the brief), for appellants. Louis J. Altkrug, of Brooklyn, for respondent.

PER CURIAM. The nineteenth, twentieth, twenty-first, twenty-second, and twenty-third findings of fact are not only against the weight of evidence, but are without any evidence to sustain them; and likewise are the thirteenth and fourteenth findings of fact. The ninth, tenth, eleventh, and twelfth findings of fact are not supported sufficiently by the evidence. This situation requires a reversal of this judgment and a new trial, costs to abide the event. Inasmuch as a prior similar judgment in this action was likewise reversed by this court (136 App. Div. 383, 120 N. Y. Supp. 1036), this court now takes occasion to state that it must not be understood in any way as being of opinion that there may not be a recovery of judgment by the plaintiff in this action on a new trial, on sufficient proofs and a consistent determination of the facts presented by the proofs. That question is left entirely open. The judgment is reversed upon the law and facts, and a new trial is granted, costs to abide the final award of costs.

---

KLIGER v. ROSENFELD et al. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Max Kliger against Samuel Rosenfeld and another. No opinion. Motion granted. Case referred to official referee. Settle order on notice. See, also, 129 N. Y. Supp. 1130.

---

KNABE, Appellant, v. CATLIN & POWELL CO., Respondent. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Ernest J. Knabe, Jr., against the Catlin & Powell Company. S. F. Moran, for appellant. H. E. Parker, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 132 N. Y. Supp. 1134.

---

KNAPP v. UNITED STATES TRANSP. CO. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by Frank M. Knapp against the United States Transportation Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held: (1) That no actionable negligence of the defendant was shown. (2) That the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence.

---

KNICKERBOCKER, Respondent, v. GENERAL RY. SIGNAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Edward F. Knickerbocker against the General Railway Signal Company. No opinion. Motion to amend decision denied. See, also, 140 App. Div. 922, 125 N. Y. Supp. 1127.